# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JORDAN FIELDS,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br>    1:21-mj-0282 |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  See below in "Offense Description"  in the county of   Bartholomew   in the
  Southern   District of   Indiana  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Counts 1-3: 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation/Attempt Sexual Exploitation of a Child (on or between March 1, 2020 and July 29, 2020) |
| Count 4: 18 U.S.C. § 2252(a)(2) | Distribution and Receipt of Child Pornography (on or between March 1, 2020 and November 13, 2020) |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

> s/ Todd D. Prewitt
> *Complainant's signature*
>
> Todd D. Prewitt, SA FBI
> *Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  telephone   *(reliable electronic means)*

Date:   3/24/2021

City and state:   Indianapolis, IN

> *Paul R. Cherry*
> Paul R. Cherry
> United States Magistrate Judge
> Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Todd D. Prewitt, having been duly sworn, hereby depose and state as follows:

1. I am employed as a Special Agent of the FBI, and I am currently assigned to the Bloomington Resident Agency of the Indianapolis FBI. I have been employed by the FBI since 2001. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have been involved in the search for and collection of evidence in multiple investigations. These investigations have involved, among other techniques, the execution of search warrants for contraband and evidence of crimes. I am familiar with, and have participated in, all of the normal methods of investigation, including, but not limited to, visual surveillance, the general questioning of witnesses, and the use of informants. I have also gained experience through training and discussions with other law enforcement officers who have experience conducting these types of investigations. I have had the opportunity to observe and review multiple examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. Prior to becoming an FBI agent, I worked as a Trooper and Detective with the Indiana State Police for approximately five and half years. In that capacity, I investigated numerous investigations of sexual assault to include rape, sexual misconduct, and child molesting.

3. **Information provided**: The statements in this affidavit are based on

information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses, including members of the Indiana State Police and the Bartholomew County Sheriff's Office. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, I have not included each and every fact known to the investigators concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Jordan Fields (FIELDS) committed criminal offenses.

4. **Probable Cause:** For the reasons listed below, there is probable cause to believe that Jordan Fields, DOB xx-xx-2000 (known to Affiant, but redacted) has committed the following offenses in the Southern District of Indiana and elsewhere:

A. **Counts 1-3: Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child**: On or between March 1, 2020 and on or about July 29, 2020, within the Southern District of Indiana, in the Indianapolis area, Jordan Fields sexually exploited Minor Victims 1, 2, and 3, children who were each less than 18 years of age, by using each minor or attempting to use each minor to create visual depictions of Minor Victims 1 and 2 engaging in sexually explicit conduct, using materials that travelled in interstate or foreign commerce, in violation of 18 U.S.C. § 2251(a) and (e);

B. **Count 4: Distribution / Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct:** On or between March 1, 2020 and November 13, 2020, within the Southern District of Indiana, in the

Indianapolis area, and elsewhere, Jordan Fields knowingly distributed visual depictions, using any means or facility of interstate or foreign commerce, by any means including by computer, where the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct, including at least one visual depiction of a child who the Defendant knew to be prepubescent or less than 12 years of age, in violation of 18 U.S.C. § 2252(a)(2);

5. **Statutory authority:**

A. **Sexual Exploitation of a Child and Attempt (18 U.S.C. § 2251(a) and (e)):** This statute provides that "Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce

3

by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed." It is also a crime to attempt to sexually exploit a child. 18 U.S.C. § 2251(e).

  B. **Distribution and Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct (18 U.S.C. § 2252(a)(2)):** This investigation concerns alleged violations of 18 U.S.C. § 2252(a)(2), which prohibits a person from knowingly receiving and distributing any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct;

6. **Definitions**:  The following definitions apply to this Affidavit:

  A. The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

  B. The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-

4

genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

  C. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

7. **Investigation of Jordan Fields:** This investigation began in November 2020, when the Los Angeles FBI contacted the Indianapolis FBI and indicated they had received information that an adult who lived in Indiana was soliciting nude images from a thirteen-year-old male (Minor Victim 1) who lived in California. The report also indicated that Victim 1 had received a full-frontal nude photograph and numerous messages from telephone number 812-390-xxxx (redacted by known to Affiant).

  A. The California case began when Minor Victim 1's mother contacted the San Luis Obispo County District Attorney's Office, believing that her son was being groomed online. She believed that the "relationship" started in a game "Fortnight" and progressed to text messaging. The case was passed on to the San Luis Obispo County Sheriff's Department for investigation for identification of the other party involved in the online

conversation and investigation.

B. On September 30, 2020, DA Investigator JT Camp (Camp) contacted the victim's mother regarding the investigation. Camp initially learned that the male subject, communicating with Minor Victim 1, was a male subject named "Jordan," who had a phone number of 812-390-xxxx and a "Gamer tag" of "Vibingwrld" on Xbox Live.

C. On October 7, 2020, Investigator Camp in California took possession of Minor Victim 1's Apple iPhone and a white Xbox Gaming Console. Minor Victim 1's father gave permission to search the devices and provided the passcode to the iPhone. Camp researched the phone number 812-390-xxxx, associated with the name "Jordan" and utilizing law enforcement databases, determined that the phone number was associated with the name "Jordan Fields." Upon doing additional research, Camp learned that there was an individual named Jordan Fields who lived in Columbus, Indiana with a date of birth in May of 2000 (redacted but known to this Affiant). Camp searched Facebook for an account in the name of Jordan Fields and found an "open" Facebook account utilizing open source searching. Camp located that account which was in the name of "Jordan Fields" which lists the "Lives in" descriptor in the biographical section as being Columbus, Indiana. Camp also noted a couple of embedded images that depicted a "young male adult or older teenager." On October 8, 2020, Camp contacted the Bartholomew County Sheriff's Office Detective Division and

6

requested assistance in getting Jordan Fields identified.

    D.    Camp spoke with Detective Will Kinman (Det. Kinman) from the Bartholomew County Sheriff's Office. Upon receiving this information, Det. Kinman ran a driver's license check on Jordan Fields, and obtained his information and a BMV photograph. This information was sent to San Luis Obispo County Sheriff's Office for reference and comparison. According to their report, the BMV photograph of Fields matched the photographs obtained from Minor Victim 1's phone.

    E.    According to information received from the San Luis Obispo County Sheriff, police in California had reviewed messages from Minor Victim 1's cell phone.

        i.    The messages were sent to and received from the phone number traced to Jordan Fields (812-390-xxxx) and stored under the name "Jordan" in Minor Victim 1's phone.  In the messages, "Jordan" asked for a shirtless image of Minor Victim 1.  In the messages, "Jordan" told Minor Victim 1 that "Jordan" would be "16 in may," and then "Jordan" asked Minor Victim 1 "When will u be 14," to which Minor Victim 1 replied "July 23."

        ii.    There are a number of messages sent back and forth in which Minor Victim 1 professes his feelings for "Jordan" and how Minor Victim 1 loves "Jordan."

        iii.    Investigator Camp wrote the following: "On 9/24/2020,

there is a string of text messages that are sent by Jordan Fields that in context, appear to depict Jordan Fields badgering and continuously trying to persuade the victim to send him pictures. The victim sends a selfie style picture that depicts him shirtless with jeans on. In response, Jordan Fields texts **" Can u at least jerk off".** Jordan Fields then texts **" And send u in ur underwear".** This section of the text thread appears to be a direct request from Jordan Fields to the victim to " jerk off" or masturbate. Given the totality of the circumstances and context of the messaging, it appears Jordan Fields is requesting that the victim record himself masturbating and provide footage/image(s) of the victim masturbating to him (Jordan Fields), essentially requesting/soliciting the victim to send him child pornography."

F.  Based upon this information Det. Kinman sought and obtained a search warrant from Bartholomew County Superior Court for Fields' residence, 2190 West County Road 625 South, Columbus, Indiana 47201, and for the person of Jordan Fields, white male, date of birth 05/xx/2000 (redacted).  On November 13, 2020, law enforcement executed the search warrants.

   i.  Fields answered the door and stepped outside the residence.  Fields was informed a search warrant for the residence and his person had been issued.  Fields had a cellular phone on his person,

8

and it was seized by law enforcement.

ii. Fields was read his Advice of Rights by Your Affiant and subsequently agreed to speak to investigators. This interview was audio recorded. Fields provided his basic information and provided his cellular telephone number as (812) 390-xxxx. This number matched the number of "Jordan" retrieved from Minor Victim's 1 cellular phone.

iii. Fields initially denied communicating with Minor Victim 1 but subsequently acknowledged communicating and soliciting nude images from Minor Victim 1 when confronted with the messages obtained from the forensic examination of Minor Victim's 1 cellular telephone. Fields acknowledged to sending full frontal nudity images of his erect penis to Minor Victim 1. Fields also admitted to asking Minor Victim 1 to send him shirtless images of himself and asking Minor Victim 1, "can you at least jerk off" and "do you want my d". Fields stated he was asking Minor Victim 1 to send an image of his penis to him. Fields acknowledged he had received other nude photographs from Minor Victim 1 displaying the penis and butt of Minor Victim 1.

iv. Fields was asked if he had communicated or solicited any other images from anyone else and acknowledged to speaking with other minors and stated he had a preference for 11, 12, and 13-year-old males. Fields stated he had to go to Royal Oaks Behavioral Center in

9

Missouri when he was a juvenile because he had been caught looking up young kids on the Internet. Fields said that when he was 16 or 17 years old, he engaged in sexually explicit conduct with a 12-year-old boy when he attended the LaSalle School in Albany, New York, and he provided police with the name of that boy.

    v.    Fields denied any sexual contact with minors in Columbus, IN and after returning from the LaSalle School.

    a.    Fields admitted to receiving child pornography through Snapchat and Omegle.

G.    The cellular telephone taken from Fields at the beginning of the search warrant was examined by Your Affiant and Detective Kinman in the presence of Fields, pursuant to the search warrant. Numerous images of young males, some with their penises exposed, were found on the cellular telephone. One specific image was of a juvenile with his penis exposed, and Fields advised that image was of Minor Victim 1.

8.    The following items were seized pursuant to the Search Warrant:

    A.    Samsung A102V cellular telephone located in Fields' right front pocket.

    B.    Samsung cellular telephone, white, located in Fields's bedroom.

    C.    Alcatel One Touch cellular telephone located in Fields' bedroom.

    D.    Lenovo laptop computer located in Fields' bedroom.

    E.    Sandisk USB drive, 32gb, green, located in Fields' bedroom.

  F. ENKEI USB drive, blue/silver, located in Fields' bedroom.

  G. Youse USB drive, black/silver, located in Fields' bedroom.

  H. Xbox One S gaming device located in Fields' bedroom.

  I. Black tower style computer hard drive located in Fields' bedroom.

  J. Xbox 360 gaming device located in Fields' bedroom.

9. Fields was arrested for his conduct with Minor Victim 1 and was charged in Bartholomew County with Child Exploitation and Possession of Child Pornography. He was released on bond.

10. **Forensic Examination of Fields' Devices:** Fields' devices were submitted to the Indiana State Police for examination. On or about March 19, 2021, Sgt. Pat Deckard discovered evidence that Jordan Fields had engaged in sexually explicit conduct with at least 3 children and he immediately notified your Affiant of this additional information.

11. **Examination of Cell Phone of Jordan Fields:** Sgt. Pat Deckard of the Indiana State Police examined a Samsung SM_N975U, Item 26615, recovered during the execution of the search warrant. On this device, belonging to Jordan Fields, Sgt. Deckard found the following:

  A. **Count 1: Sexually Explicit Visual Depiction of Minor Victim 2:** Video 20200728_131159.mp4 is a video that is 64 seconds in duration. The video depicts Jordan Fields engaged in sexually explicit conduct with a pre-pubescent male. The child and Fields are in a room with

a blanket or sheet on the wall that has two horses on it. Either the child or someone other than Fields is recording the video, but Fields looks into the camera more than once. The video shows Fields masturbating while performing oral sex on the child, who is laying on his back. This child is nude from the waist down but is wearing an orange shirt with a design on it. The child's face is never shown in the recording. Fields did transport the recording into the Southern District of Indiana, where it was recovered on his cell phone at the time of the search warrant in November of 2020. Based on the naming convention of the video, Your Affiant believes the video was recorded on July 28, 2020.

    B.    **Count 2: Sexually Explicit Visual Depiction of Minor Victim 3:** Video 20200729_031852.mp4 is a video that is 1 minute and 23 seconds in duration. The video is narrated by a minor male child who cannot be seen but whose voice is heard throughout the video. The child begins the video by saying "alright, here's (name of Minor Victim 3) and here's Jordan, and they're going to have sex, and we use this: lotion." The face of Minor Victim 3 is shown and the back of the head and back of "Jordan" are shown. "Jordan" is completely naked, as is Minor Victim 3. Both the child-narrator and Jordan instruct Minor Victim 3 how to rub lotion on his own penis and then the child narrator directs Minor Victim 3 how to insert his penis into the anus of "Jordan." The recording captures this conduct as the child-narrator then directs Minor Victim 3, after Minor Victim 3 has inserted his penis into

"Jordan's" anus, "then you move back and forth." The child narrator repeatedly asks, "don't it feel good, though?" At the 54-55 second mark, part of the face of "Jordan" can be seen. Someone says, "get the action down there," and the child narrator then positions the camera to record between the legs of Minor Victim 3 and "Jordan" as the child laughs and tells Minor Victim 3, "go faster." The child-narrator says "Jordan" as the male receiving anal sex is masturbating his own penis. Your Affiant believes that the person called "Jordan" in the video is Jordan Fields based on the portions of the video in which "Jordan's" face is visible and the fact that the child narrator is calling him "Jordan." Fields did transport the recording into the Southern District of Indiana, where it was recovered on his cell phone at the time of the search warrant in November of 2020. Based on the naming convention of the video, Your Affiant believes the video was recorded on July 29, 2020.

    C.    **Count 4 - Distribution and Receipt of Child Pornography:** Fields cell phone also showed that Fields received and possessed a large amount of child pornography. His collection included visual depictions of minors less than 12 years old engaged in sexually explicit conduct with adults. His phone showed evidence that he viewed sexually explicit images of infants and toddlers, including infants who were bound. There was evidence that he viewed at least one image of a child engaged in bestiality. Fields distributed and received child pornography using the application Telegram.

12.    **Examination of Item 26620 Generic Flash Drive 8GB:**    Sgt.

Deckard also examined an 8GB flash drive seized in the search warrant execution from Fields' residence.

    A.    The flash drive contains a series of images depicting Jordan Fields with at least 2 prepubescent boys. One of the boys, Minor Victim 4, is an 8-year-old male child who has been identified by Det. Kinman as a resident of the Southern District of Indiana. The sexually explicit images and video of Minor Victim 4 were in a folder on the flash drive called "new hire disc/boys cute". The dates on the photos show they were taken on March 16, 2020.

    B.    **Count 3: Sexually Explicit Visual Depiction of Minor Victim 4:** A video and 2 images depicting the lascivious display of the genital and pubic area of a child known as Minor Victim 4 were also found on this flash drive belonging to Jordan Fields. In the images, Minor Victim 4 appears to be standing on the shoulders of Jordan Fields, while Fields takes pictures and video by placing a cell phone between the legs of Minor Victim 4 and recording so that the camera captures the Minor Victim 4's genitals and pubic area beneath his boxer shorts. In other photos that are in this series, Minor Victim 4 is sitting and standing on a couch with Jordan Fields and the two appear to be playing around, posing for the cell phone camera that Fields is holding. Metadata contained in the images shows that the images were created with a cell phone belonging to Jordan Fields. Fields transported these images into the Southern District of Indiana, where they were recovered in

14

November of 2020.

13. **Interstate and Foreign Commerce:** Fields used the Internet to distribute and receive the images of child pornography. The Internet is a means and facility of interstate and foreign commerce. The visual depictions of Minor Victims 1, 2 and 3 were produced and stored using devices that were not manufactured or contain parts that were not manufactured in the State of Indiana, and, therefore, travelled in interstate and foreign commerce.

14. **Venue**: Fields is a resident of the Southern District of Indiana, and this Affiant believes that Fields exploited Minor Victims 1, 2, and 3 and also distributed and received sexually explicit visual depictions within the Southern District of Indiana and elsewhere.

15. **REQUEST FOR SEALING**: Because this Affidavit contains information which could be used to identify the minor victims, because this investigation is on-going and because the Defendant is currently at large, this Affiant requests that this Affidavit, the Complaint, and the Arrest Warrant be sealed and remain sealed, absent a good cause showing as to why the seal should be lifted.

16. **Conclusion** Based upon the contents of this Affidavit, there is probable cause to believe that Jordan Fields has committed the above listed offenses. I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for Jordan Fields charging him with the offenses listed above.

<u>s/Todd D. Prewitt</u>
Special Agent Todd D. Prewitt
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. Crim. P. 4.1 by telephone.

Date: 3/24/2021

Paul R. Cherry
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana