UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| JORDAN FIELDS, | )     1:21-cr-00245-JMS-DML<br>) |
| Defendant. | ) |

FILED
10:02 am, Aug 19, 2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## INFORMATION

The United States Attorney charges that:

### General Allegations

At times relevant to these charges:

1. JORDAN FIELDS, the defendant herein, was a resident of the Southern District of Indiana in the County of Bartholomew.

2. The names MINOR VICTIM 2, MINOR VICTIM 3, and MINOR VICTIM 4 are pseudonyms minor children who were less than 18 years old at the time of the relevant conduct.

3. JORDAN FIELDS produced visual depictions of MINOR VICTIM 2, MINOR VICTIM 3, and MINOR VICTIM 4 using a digital device which was not manufactured in the State of Indiana and therefore travelled in interstate or foreign commerce. JORDAN FIELDS used and attempted to use MINOR VICTIM 2, MINOR VICTIM 3, and MINOR VICTIM 4 to engage in sexually explicit conduct for the purpose of creating a visual depiction of the conduct while MINOR VICTIM 2, MINOR VICTIM 3, and MINOR VICTIM 4 and the Defendant were in the Southern District of Indiana.

## Definitions

4. The term "minor" means a person under the age of eighteen (18) years as defined in 18 U.S.C. § 2256.

5. The term "sexually explicit conduct" as defined in 18 U.S.C. § 2256, means actual or simulated 1) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same sex or opposite sex; 2) masturbation; or 3) lascivious exhibition of the genitals, anus, or pubic area of any person.

6. The term "visual depiction" is defined in 18 U.S.C. § 2256(5) as including undeveloped film and videotape, data stored on computer disk or by other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

**Counts 1-3**
**Sexual Exploitation of a Child and Attempt Sexual Exploitation of a Child**
**18 U.S.C. § 2251(a) and (e)**

7. On the dates listed below, within the Southern District of Indiana and elsewhere, the defendant, JORDAN FIELDS, did use, employ, entice, persuade, induce, and coerce, and did attempt to use, employ, entice, persuade, induce or coerce any child who was less than 18 years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such, knowing or having reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been

transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

| Count | Date | File Name and Description |
|---|---|---|
| 1 | July 28, 2020 | Video 20200728_131159.mp4 is a video that is 64 seconds in duration. The video depicts Jordan Fields engaged in sexually explicit conduct with a Minor Victim 2. Either Minor Victim 2 or someone other than Fields is recording the video, but Fields looks into the camera more than once. The video shows Fields masturbating while putting his mouth on the penis of Minor Victim 2, who is laying on his back. Minor Victim 2 is nude from the waist down but is wearing an orange shirt with a design on it. The video was recorded on July 28, 2020. |
| 2 | July 29, 2020 | Video 20200729_031852.mp4 is a video that is 1 minute and 23 seconds in duration. The video depicts Minor Victim 3 and Jordan Fields engaged in anal-genital sexual intercourse. The video also depicts the lascivious display of the genital and pubic area of Minor Victim 3. The video was recorded on July 29, 2020. |
| 3 | March 16, 2020 | A video and 2 images depicting the lascivious display of the genital and pubic area of Minor Victim 4, found on a flash drive belonging to Jordan Fields. Fields recorded the pictures and video by placing a cell phone between the legs of Minor Victim 4 and recording so that the camera captures the Minor Victim 4's genitals and pubic area beneath his boxer shorts. |

Each Count of which is a separate violation of Title 18, United States Code, Section 2251(a) and (e).

## Forfeiture

The allegations in this Information are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253, and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure.

In accordance with 18 U.S.C. § 2253 and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure and premised upon the conviction of defendant JORDAN FIELDS of violations of Chapter 110, Title 18, United States Code, Sections 2251(a) and (e) as set forth in Counts 1-3 of this Information, the defendant herein, shall forfeit to the United States any personal property used or intended to be used to commit or to promote the commission of the offense set forth in the Information.

1. Grey / Black cell phone recovered from the Defendant's vehicle on March 24, 2020 and all data stored on that device.

2. All items listed below and the data stored on these devices:

| Item List | PR # | Group/Item | | Property Description |
|---|---|---|---|---|
| 1 | 26615 | 1 | 1 | SAMSUNG CELL PHONE |
| 2 | 26616 | 2 | 1 | SAMSUNG CELL PHONE |
| 3 | 26617 | 3 | 1 | ALCATEL ONE TOUCH CELL PHONE |
| 4 | 26618 | 4 | 1 | LENOVO LAPTOP |
| 5 | 26619 | 5 | 1 | SANDISK USB DRIVE |
| 6 | 26620 | 6 | 1 | ENKEI USB DRIVE |
| 7 | 26621 | 7 | 1 | YOUSE USB DRIVE |
| 8 | 26622 | 8 | 1 | XBOX ONE S |
| 9 | 26623 | 9 | 1 | TOWER SYLE COMPUTER |
| 10 | 26624 | 10 | 1 | X BOX 360 |

JOHN E. CHILDRESS
Acting United States Attorney

*Kristina M. Korobov*

Kristina M. Korobov
Assistant United States Attorney

*Cindy Cho*

Cindy J. Cho
Criminal Chief