# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

**FILED**
AUG 25 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

United States of America
v.

Jordan Fields

*Defendant*

Case No. 1:21-cr-00245-JMS-DML

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Jordan Fields**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-3: Sexual Exploitation/Attempt Sexual Exploitation of a Child, in violation of Title 18, U.S.C. § 2251 (a) and (e)

Date: 8/19/2021

City and state: Indianapolis, IN

CLERK OF COURT, Roger A.G. Sharpe
BY: *[signature] Deputy Clerk*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____ *Waived execution in open court on 8/25/2021*

*Arresting officer's signature*

*Printed name and title*