**Exhibit A**
**California Conduct Affidavit**

| | |
|---|---|
| STATE OF INDIANA | ) IN THE BARTHOLOMEW Circuit COURT |
| | ) |
| COUNTY OF BARTHOLOMEW | ) CAUSE NO.: 03C01-2011-F5-5598 |
| | |
| STATE OF INDIANA | ) |
| | ) |
| VS. | ) |
| | ) |
| JORDAN FIELDS | ) |

FILED NOV 18 2020

## PROBABLE CAUSE AFFIDAVIT

I, WILLIAM KINMAN, being duly sworn upon oath state as follows:

1. I am a Detective with the Bartholomew County Sheriff's Department.

2. On November 5, 2020, I was contacted by Special Agent Todd Prewitt regarding a report they received from the Los Angeles, California FBI Field Office and the San Luis Obispo County Sheriff's office, also located in California. The report indicated that Victim 1 had received a full-frontal nude photo from telephone number 812-390-    . The case was initiated when Victim 1's father contacted the San Luis Obispo Sheriff's office believing his son was being groomed online after locating inappropriate messages on his son's phone, including a nude "selfie" of what appeared to be an adult male.

3. On September 30, 2020, DA Investigator JT Camp contacted the victim's father and learned that the male subject communicating with the victim in California was a male subject named "Jordan" and had a telephone number of 812-390-    and a "gamer tag" of "Vibinwrld" on Xbox Live.

4. On October 7, 2020, Investigator Camp took possession of the California victim's Apple iPhone and white Xbox gaming console. The victim's father game permission to search the devices and provided the passcode to the iPhone. Investigator Camp searched the phone number 812-390-    , associated with the name "Jordan" and utilizing law enforcement databases, determined that the phone number was associated with the name "Jordan Fields" residing in Columbus, IN with a date of birth of May    , 2000, making him approximately 20 and a half years old. Investigator Camp searched for a "Jordan Fields" on Facebook and located an open account for a "Jordan Fields" located in Columbus, IN.

5. On October 8, 2020, Investigator Camp contacted the Bartholomew County Sheriff's Office Detective Division and requested assistance in getting Jordan Fields identified. Upon receiving this information, I ran a driver's license check on Jordan Fields, and obtained his information and BMV photograph. This information was sent to San Luis Obispo County Sheriff's Office County for reference. According to their report, the BMV Photograph matched the photograph obtained through the California Victim's phone.

6. According to information received from the San Luis Obispo County Sheriff, police in California had reviewed messages and photos from the victim's phone. The messages were sent and received from the phone number traced to Jordan Fields on number 812-390- and stored under the name "Jordan" in the victim's phone. In the messages, Jordan asked for shirtless images of the victim. Jordan also informed the victim that he would be "16 in may," and then Jordan asked the victim "When will u be 14," to which the victim replied "July 23." Investigator Camp also wrote that "On 9/24/2020 there is a string of text messages that are sent by Jordan Fields badgering and continuously trying to persuade the victim to send him pictures. The victim sends a selfie style picture that depicts him shirtless with jeans on. In response, Jordan Fields texts "Can u at least jerk off." Jordan fields then texts "And send u in underwear." Given the totality of the circumstances, it appeared that Jordan Fields was requesting that Victim 1 record himself masturbating and provide footage/image(s) of the victim masturbating to him.

7. Based off of the above information, a search warrant was obtained for the residence of W. 625 S. which is located in Bartholomew County along with the person of Jordan Blake Fields. The search warrant was executed on November 13, 2020. Upon approaching the residence, Jordan answered the door and stepped outside. Jordan was informed of the search warrant for his home and person and was provided a copy. Jordan was patted down by officers on scene and his cell phone was recovered. I then asked Jordan to step back to my vehicle and if he would be willing to speak with me and Jordan complied and upon getting in my vehicle, Special Agent Todd Prewitt read him his advice of rights and we began to speak. This conversation was recorded with my audio recorder. Jordan's basic information was obtained and Jordan confirmed that the number 812-390    belonged to him. This matched the number of "Jordan" that was reported to be in the 13 year old victim's phone. Jordan was informed of the report received by the San Luis Obispo County California Sheriff's Office and the FBI Los Angeles Field office regarding him and the 13 year old victim. Jordan initially claimed to know nothing about this, but when he was confronted with the messages and told about the FBI having the messages and photographs he sent with full frontal nudity with an erection and in front of a mirror, he advised he knew what investigators were talking about. Jordan admitted to sending the photograph and asking for a shirtless picture of the victim and later sent him messages requesting a photograph of the juvenile victim with no underwear on. Jordan also confirmed that he'd sent messages to the victim "can you at least jerk off" and another asking the victim "do you want my d". Jordan was asked about any other photos he had received from the victim and he advised that he did receive nude photographs of him "front and back." Jordan specified this meant the victim's penis and butt.

8. Jordan was asked about other sexually explicit conversations and photographs and he admitted to speaking with other minors and said that he had a preference for 11, 12 and 13 year old males. I then asked Jordan how many photographs that he had of 11 to 13 year olds and he advised maybe 30 to 40 images which contained some with their shirts off, some in their underwear and some of them nude. Jordan advised these photographs were saved in his gallery on his phone. Jordan advised that on one occasion he did purchase a video or videos from a male on snapchat and paid around 13 -15 dollars via Paypal. Jordan advised the video contained minors having oral sex and regular sex.

9. Following this, I obtained Jordan's cell phone that was taken off of him when we approached the house with the search warrant. Upon opening the phone and going through the gallery, I located numerous photographs of young males in which some had their penises exposed. One specific image was a younger male with his penis exposed and Jordan advised that it was the juvenile victim from California.

10. A short time later, Jordan was placed under arrest for child exploitation and possession of child pornography. He was transported to the Bartholomew County Jail.

I affirm, under the penalties for perjury, that the foregoing representations are true and the aforementioned events occurred in Bartholomew County, State of Indiana.

_____
Affiant

Subscribed and sworn to before me this 18th day of November, 2020.

_____
Sara K. Laska
Deputy Prosecuting Attorney
Ninth Judicial Circuit
State of Indiana