**EXHIBIT B:**
**POLICE REPORT INVOLVING**
**INDIANA VICTIM E**

# REPORTING OFFICER NARRATIVE

| Bartholomew County Sheriff`s Office | | OCA<br>*2021-00149* |
|---|---|---|
| Victim<br>, E | Offense<br>*SEX CRIME - RAPE* | Date / Time Reported<br>*Wed 01/20/2021 08:48* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On 01/20/21, I met with          T              and A             at the Sheriff`s Office.  T         and A         wished to report child molestation of their four-year-old daughter E             As we spoke, T       and A         explained that E       had disclosed to them that Jordan Fields has touched her vagina.  As for specific statements, T       stated that E       told him "Jordan touched me down there."  Also, A         stated E       has stated "Jordan put hot goo way up in her pee-pee and it hurt really bad. Said he slapped her in the face and didn`t like it. And his grandma walked in and started yelling at him."

T       and A         explained a time Jordan would have been alone with E         was a time he took her to his grandmother`s residence.  They explained E         was at family friend             `s residence on Smoketree Drive and Jordan requested to pick up E         and take her to his grandmother`s residence to visit his grandmother due to his grandmother missing her own grandchildren.  A         explained she was apprehensive about letting E         go with Jordan, so she required Jordan`s grandmother be present with him on pick-up of E         and time at the residence.  They explained while E         was at Jordan`s grandmother`, they called multiple times to check on her but did not get an answer.  When they did get an answer, they claimed A         could hear Jordan`s grandmother yelling at him.  According to T         Jordan picked him up from work that evening with E         in the vehicle and E         was asleep.  T         stated this was not usual and E         seemed out of it when they returned home.  T         was concerned that Jordan may have "drugged" her.

When I spoke with T       and         , I asked about a timeframe of when this took place.  They explained it was sometime after Halloween 2020 during the fall of 2020. They also explained since it took place, E         has "regressed."

As we spoke, A         informed me of the circumstance regarding when E         made the comments to her about Jordan.  She explained E         had been at her (A       `s) mother`s residence when one of her stuffed animals broke.  A         stated the stuffed animal was fixed with hot glue and it was explained to E         to not touch it.  According to A         this upset E         and later when they got home E         told her about Jordan and the "hot goo".


During our conversation, T       and E         also had concerns about A         `s son P               (8 yoa) having sexual contact with Jordan.  They claimed to have spoken with P         about it, and he claims nothing took place between the two of them.  However, T         and A         explained on time they discovered Jordan "spooning" with P         in their home.  Also, they stated Jordan would take P         and his older brother G             (13 yoa) shopping without T       or A         knowing about.  They stated Jordan would buy both boys items.  T       and A         informed me A       s daughter, Al             (14 yoa), also resided with them but she claimed nothing happened between herself and Jordan.

According to T       and A       , Jordan was a frequent visitor at the residence and spent the night many times.  T       and A         informed me they were introduced to Jordan through T       `s workplace.  T       and Jordan were not employed at the same place, just worked in the same building and Jordan would give T       rides to and from work.  They explained at time he would help with the kids, including taking them to the bathroom, and that he had a key to the residence.  T       informed me he had treated Jordan like a son since Jordan claimed to have no parental figures.

On the afternoon of 02/03/21, I traveled to Susie`s Place in Bloomington to observe CAC interviews of E         and         P         that had been coordinated by Indiana Department of Child Services Family Case Manager Melissa Scott.  Susie`s Place staff member Kelly Hunckler spoke with both E         and P         separately in an interview room, which was audio and video recording.  In speaking with E       , Kelly was unable to discuss the reported contact between E       and Jordan due to E       `s behavior.  During the interview, E         did not appear to be able to focus on Kelly`s line of questions and did not wish to speak with her at length due to wanting to play.

| Reporting Officer: *ABNER, KEVIN A*<br>R_CS3NC | Printed By: KABNER,         02/11/2021 15:27 | Page 5 |
|---|---|---|

**REPORTING OFFICER NARRATIVE**

| Bartholomew County Sheriff`s Office | | OCA<br>*2021-00149* |
|---|---|---|
| Victim<br>*E* | Offense<br>*SEX CRIME - RAPE* | Date / Time Reported<br>*Wed 01/20/2021 08:48* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

As for P       , he spoke with Kelly in detail about Jordan. According to P       , there was no sexual contact between himself and Jordan or anything of that nature (i.e. creation of child pornography). During the interview, P stated if something had, or did, happen like that he would tell his mom, dad, or Kelly.

See attached audio and video recording of the interviews of E      and P       for further.

On 02/09/21, I visited the W       and J       household in order to try and speak with E      , G      , and Al      While at the residence I was able to speak with all three of the children separately in the basement. I recorded each of my conversations with the children.

I first spoke with E      . During our conversation, I stated "So your mommy and daddy came to me and they talked to me and they said that you told them that someone had hurt you. And done something you didn`t like." I then asked E       "do you remember that?" to which she responded "yeah." I then asked her if she could tell me about it, and she stated "Yeah Jordan touched my pee-pee." As we continued out conversation, E       stated that it happened at her house 5 times. She then informed me Jordan had put something in her pee-pee and I inquired what that was. E       stated it was his penis and later stated "Jordan hurt me."

As we continued to talk I asked E        what room this happened in and she informed her room and that he also used his hands. As for the encounters, I asked E       if Jordan had clothes on and she stated he did. I then asked if she had clothes on and she responded "Yeah. And Jordan just t-take my _ my pants off and leaves my shirt on." As for time of day this took place, I asked         if it was during the daytime or nighttime and she informed me the nighttime.

Throughout my conversation with E      , when she would say "my pee-pee" she would point to her crotch/ vaginal area. See attached transcript of my interview with          for further.

After speaking with E      , I spoke with G      . G       claimed there had never been any type of sexual contact between himself and Jordan and that Jordan had not taken any pictures of him.

Following my talk with         l, I spoke with Al      . She too claimed there had been no sexual contact with herself and Jordan and that Jordan had not taken any pictures of her. However, Al       did tell me she would have her younger brothers and sister sleep in her when Jordan was there because she was concerned for them.

On 02/10/21, E       was examined by her primary care physician                                                      .
During the exam, A       signed a medical release for allowing me to have access to those records. The following day, 02/11/21, I was contacted by Northside Pediatrics and was informed the records were ready for my retrieval. I obtained those records from the staff on the morning 02/11/21. Within the records were details of the visit, and one of those details was refer to the Pediatric Center of Hope. See attached records for further.
 [02/11/2021 14:43, KABNER, 61, BCSO]

## Incident Report Suspect List

Bartholomew County Sheriff`s Office

OCA: 2021-00149

| 1 | Name (Last, First, Middle) FIELDS, JORDAN BLAKE | | | | | Also Known As | | | | Home Address W 625 S COLUMBUS, IN 47201 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Business Address TA SERVICES | | | | | | | | | |
| | DOB 2000 | Age 20 | Race W | Sex M | Eth N | Hgt 510 | Wgt 142 | Hair BLN | Eye HAZ | Skin MED | Driver's License / State. 9370364577 IN |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | | Color | Lic/St | VIN |

Notes

Physical Char