**Exhibit C:
Impact Statement from Mother of Indiana Victim E**

09/2021

# Judge Magnus Stinson,

    I, W , am writing regarding my daughter E . E is a victim of Jordan Fields and continues to suffer mental effects due to the perverted actions of Jordan. Our whole family has suffered mentally from his actions. Jordan is a manipulative and very dangerous individual, who preys on children and manipulates his way into parents trusting him. Jordan was a coworker of E 's father. He befriended him and offered to help with home projects around the house. Jordan insisted that he was this great young man and that he volunteered with youth, was an assistant basketball coach, had a YouTube channel for youth and gaming, and was training to become a police officer. I had my suspicions of Jordan and spoke to him about my fears. I thought Jordan was too close to my son P . But, after speaking with him I felt like I was wrong. Jordan convinced me he would never do anything to harm a child because of his own past with his mother. I let my guard down and began to trust him. Because of this, I cannot stop blaming myself. I have overwhelming guilt that I should have trusted my first instincts, and this would have never happened. I now trust no one. I have so much anxiety when she is at school and the after-school program "ICARE". I do not trust anyone to be alone with her and am in constant fear. Since this has happened to her, I have changed my jobs and my hours of work. I worked at the hospital for nine and half years. I used to work in the birthing center 4 nights a week from 7pm to 730am. I now work in a doctor's office during the day because I trust no one with my children at night. I constantly fear for E , because since he harmed her, she has no clue of personal space and boundaries, and she is too affectionate towards males, and it scares me. She has moments of uncontrolled emotions and outburst, and she is inappropriate at times. I have tried to correct this behavior, but it can be struggle at times. We have sought out therapy and this too has been a struggle to find anyone in the area who is accepting patients. My older children now all have trust issues, fear, and anxiety. No one is the same. E 's relationship with her father and brothers has changed from being close and tight nit to her being angry and hurtful towards them. E is angry with her father and brothers because she feels like they did not protect her from him. This has been very hard on her brothers to deal with they were all close and now there is this strain. E is now too scared to sleep alone and only sleeps with me. E 's father, T , and I have since split up. T has struggled with sobriety since and has since relapsed with alcohol. Her father just cannot handle the guilt he feels with a sober mind set. One person's actions have ripped a family apart. I live with constant guilt and hatred towards myself for not protecting my family from this monster disguised as a sheep. I am writing to be the voice of my children and hopefully protect another family from this happening to them. Not only did

Jordan sexually assault and rape my then 4year old daughter, but he also confused her and messed with her mind. She is confused on what is right and wrong. She must be constantly reminded to not be too affectionate, or the opposite does not get upset when she sees people kissing and think they are playing "married" as she puts it. The mental scars Jordan has given her and not only her, but the rest of my children are going to be a struggle for a lifetime to deal with. My eldest daughter          blames herself and does not trust any man any longer. My eldest son,        , has since started isolating himself in his room. My youngest boy, P      , was very close with Jordan and does not understand why he did this; P       feels hurt and betrayed. Our family is not the same. We are broken and mentally drained. I have spent my spare time calling therapists trying to get my children the help they need to mend and heal from this without much luck. I live everyday with not only the guilt of trusting this individual but not being able to now mend and get my family the help the need. Jordan needs to have life in prison so he cannot take the innocence of another child and destroy another family. Jordan is a very good actor. He can portray himself as trustworthy, helpful individual. He can play with your emotions to make you feel like he is a victim; so he can be calculative and hurt your children. He is not to be trusted and he knew exactly what he was doing the whole time. He was grooming my son, P      . When I became suspicious, he convinced me he would never harm a child. He then went for youngest daughter. This is the guilt I live with and do not wish on any other mother or father. The emotional trauma all my children are living with daily from one person's cruel actions will affect them in some shape or form for the rest of their lives. I can only hope that Jordan Fields gets full maximum punishment and that this brings some protection from him being able to ever get the chance to do this to anyone else.

SINCERELY,
*a         w*