UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:21-cr-00245-JMS-DML |
| JORDAN FIELDS, | ) **(UNDER SEAL)** ) |
| Defendant. | |

## ORDER

This matter is before the Court on the United States' Motion to Maintain Payee Identity Under Seal.

The Court, being duly advised, now GRANTS said motion for the reasons set forth in the motion.

IT IS THEREFORE ORDERED that the Government's *Ex Parte* Sealed Notice of Payee Identity (Dkt. 44) be maintained under seal.


Date: _____

_____
HON. JANE MAGNUS-STINSON
Judge, United States District Court
Southern District of Indiana


Distribution to all registered counsel via electronic notification.